MICHAEL A. LAURENSON (SBN:190023)
CHRISTIN A. LAWLER (SBN: 272607)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
also sued as LAWRENCE BERKELEY NATIONAL LABORATORY

DEAN ROYER (SBN:233292)
SIEGEL & YEE
499 14th Street, Suite 300
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DEBORAH HOPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH HOPKINS,<br><br>                 Plaintiff,<br><br>vs.<br><br>LAWRENCE BERKELEY NATIONAL LABORATORY, REGENTS OF THE UNIVERSITY OF CALIFORNIA, and DOES 1 through 10,<br><br>                 Defendants. | CASE NO. C13-04237 JCS<br><br>**STIPULATION TO REMAND TO STATE COURT** |

      WHEREAS Plaintiff filed her Verified Complaint for Damages in Alameda County Superior Court on June 25, 2013;

      WHEREAS Plaintiff filed her Verified First Amended Complaint for Damages in Alameda County Superior Court on August 6, 2013, voluntarily dismissing her federal claims under 42 U.S.C. §§ 2000e-2(a) and 2000e-3(a);

-1-
Stipulation to Remand to Alameda County Superior Court

WHEREAS Defendant filed a Notice of Removal to the United States District Court for the Northern District of California on September 12, 2013;

WHEREAS Defendant contends it did not receive notice of Plaintiff's First Amended Complaint until September 16, 2013;

The parties hereby stipulate to remand this action to the Superior Court of California, County of Alameda.

SO STIPULATED.

Dated: September 17, 2013

GORDON & REES LLP

By: *Christin Lawler*
MICHAEL LAURENSON
CHRISTIN LAWLER
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA, also sued as Lawrence Berkeley National Laboratory

Dated: September 17, 2013

SIEGEL & YEE

By: /s/Dean Royer
DEAN ROYER
Attorney for Plaintiff
DEBORAH HOPKINS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 19, 2013

The Honorable Joseph C. Spero
United States Judge

-2-
Stipulation to Remand to Alameda County Superior Court