1  MICHAEL A. LAURENSON (SBN:190023)
   CHRISTIN A. LAWLER (SBN: 272607)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   REGENTS OF THE UNIVERSITY OF CALIFORNIA,
6  also sued as LAWRENCE BERKELEY NATIONAL LABORATORY

7  DEAN ROYER (SBN:233292)
   SIEGEL & YEE
8  499 14th Street, Suite 300
   Oakland, CA 94612
9  Telephone:  (510) 839-1200
   Facsimile: (510) 444-6698
10
   Attorneys for Plaintiff
11 DEBORAH HOPKINS

12

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16 DEBORAH HOPKINS,                          )  CASE NO.  C13-04237 JCS
                                             )
17                         Plaintiff,        )  **STIPULATION TO REMAND TO**
                                             )  **STATE COURT**
18        vs.                                )
                                             )
19 LAWRENCE BERKELEY NATIONAL                )
   LABORATORY, REGENTS OF THE                )
20 UNIVERSITY OF CALIFORNIA, and DOES 1      )
   through 10,                               )
21                                           )
                          Defendants.        )
22                                           )
                                             )
23 _____)

24
          WHEREAS Plaintiff filed her Verified Complaint for Damages in Alameda County
25
   Superior Court on June 25, 2013;
26
          WHEREAS Plaintiff filed her Verified First Amended Complaint for Damages in
27
   Alameda County Superior Court on August 6, 2013, voluntarily dismissing her federal claims
28
   under 42 U.S.C. §§ 2000e-2(a) and 2000e-3(a);

                                           -1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1

2    WHEREAS Defendant filed a Notice of Removal to the United States District Court for

3 the Northern District of California on September 12, 2013;

4    WHEREAS Defendant contends it did not receive notice of Plaintiff's First Amended

5 Complaint until September 16, 2013;

6    The parties hereby stipulate to remand this action to the Superior Court of California,

7 County of Alameda.

8    SO STIPULATED.

9

10 Dated: September 17, 2013                GORDON & REES LLP

11

12                                         By: _____
                                           MICHAEL LAURENSON
13                                         CHRISTIN LAWLER
                                           Attorneys for Defendants
14                                         REGENTS OF THE UNIVERSITY OF
                                           CALIFORNIA, also sued as Lawrence
15                                         Berkeley National Laboratory

16 Dated: September 17, 2013                SIEGEL & YEE

17

18                                         By: /s/Dean Royer
                                           DEAN ROYER
19                                         Attorney for Plaintiff
                                           DEBORAH HOPKINS

20 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22 Dated: _____September 19, 2013_____

23                                         _____
                                           The Honorable Joseph
24                                         United States Judge

25                                         Judge Joseph C. Spero

26

27

28

-2-

Stipulation to Remand to Alameda County Superior Court